**U.S. Department of Justice**

*United States Attorney
District of Maryland
Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4838
FAX 410-962-2310
*Jamie.Bennett@usdoj.gov*


June 3, 2003


The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Tipton et. al. v. Bureau of Prisons
        Civil Action No. CCB-03-153, 154, 192

Dear Judge Blake:

    I am writing in response to the Court's request that the parties set forth a proposed schedule for the captioned litigation in light of the Court's May 15, 2003 decision to enter a preliminary injunction.

    I am sure that the Court is aware that nothing the government does is simple or moves quickly. I am in the position now of having to prepare a memorandum to the Solicitor General recommending for or against an appeal of the preliminary injunction, and this requires me to involve various levels here in this Office as well as consult with the Bureau of Prisons. It strikes me as likely that if this Office and the Department of Justice do not approve an appeal, that the case would not proceed in active litigation, and that we could reach a settlement with the plaintiffs.

    All of this is complicated by the fact that I am due to start a three month maternity leave on June 30, 2003. If the case continues to be active during that period it would have to be transferred to another Assistant. It is difficult to commit to a schedule on behalf of another person.

    In light of these issues, I would respectfully request that the Court simply enter the usual scheduling order for a civil case, with the understanding that it might be subject to change for these contingencies. I would request that the government have at least thirty days to answer, to give me time to resolve the issue of appeal, to avoid any additional time being needlessly devoted to this litigation.

                                      Very truly yours,

                                      Thomas M. DiBiagio
                                      United States Attorney

                                By:_____
                                    Jamie M. Bennett
                                    Assistant United States Attorney

cc: Sarah Gannett, Esq.
    Eric Delinsky, Esq.
    Larry Nathan, Esq.
    Counsel for the Plaintiffs