IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 NOV -6 P 3: 58

| | | |
|---|---|---|
| CHRISTOPHER SHAWN TIPTON,<br>KERRY CHRISTOPHER CANAVAN,<br>BRIAN BRINSFIELD | * | Civil Nos. CCB-03-153<br>CCB-03-154<br>CCB-03-192 |
| v. | * | |
| FEDERAL BUREAU OF PRISONS,<br>Et al. | * | |

* * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs voluntarily dismiss these actions, as all plaintiffs have completed their sentences in community confinement, thus making their individual cases moot. Mr. Brinsfield's counsel, Booth Ripke, Esquire, has authorized counsel to include his client in this notice.

Dated: 11/6/03

_____
JAMES WYDA
Federal Public Defender, # 025298
Counsel for Messrs. Tipton and Canavan

Office of the Federal Public Defender
100 S. Charles Street, Tower II, Suite 1100
Baltimore, Maryland 21201
Phone: (410) 962-3962
Facsimile: (410) 962-0872

Approved
CCBlake
USDJ 11/13/03

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was hand-delivered to Jamie Bennett, Esquire, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, MD 21201, and was mailed, first-class, to Booth Ripke, Esquire, Bennett & Nathans, LLP, 210 E. Lexington Street, Suite 200, Baltimore, MD 21202, this 6th day of November, 2003.

_____
JAMES WYDA
Counsel for Messrs. Tipton and Canavan.